IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN R. SHAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 20 – 1518 |
| | ) | |
| v. | ) | District Judge Mark R. Hornak |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| JUDGE JILL E. RANGOS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Currently pending before the Court is as Report and Recommendation recommending that this case be dismissed with prejudice for Plaintiff's failure to prosecute insofar as Plaintiff has failed to comply with the Court's Order dated January 11, 2021, which required him to pay the initial partial filing fee of $28.25, or comply with the Court's Order to Show Cause dated March 1, 2021, which required Plaintiff to either pay the initial partial filing fee or otherwise show cause why this case should not be dismissed for his failure to do so.  (ECF No. 19.)  Plaintiff's written objections to the Report and Recommendation were due by May 3, 2021.  As of today, no objections have been received; however, on April 30, 2021, the Court did receive a payment of $8.29.  (ECF No. 20.)  Given that at least a portion of the partial payment was received, the Court will *sua sponte* grant Plaintiff an extension of time to pay the remaining portion of the partial filing fee ($19.96) or file written objections to the Report and Recommendation explaining why he is unable to pay the remaining portion and/or whether he desires to continue to litigate this case.  Accordingly, the following order is now entered.

AND NOW, this 17th day of May, 2021, IT IS HEREBY ORDERED that Plaintiff shall have until June 1, 2021, to either pay the remaining portion of the partial filing fee of $19.96, or

file written objections to the Report and Recommendation. If Plaintiff fails to do either then this case may be dismissed for his failure to prosecute.

/s/ Lisa Pupo Lenihan  
Lisa Pupo Lenihan  
United States Magistrate Judge

Cc: Kevin R. Shay  
LH1546  
SCI Greene  
175 Progress Drive  
Waynesburg, PA 15370